CHARLES N. LORENZO, *ET AL.*, PLAINTIFFS, v. NORMA COREY, DEFENDANT-PETITIONER, AND LOUIS LEBO-WITZ, DEFENDANT-RESPONDENT.

*Mr. Joseph Butt* for the petitioner.

*Mr. Saul Neivert* for the respondent.

October 3, 1960.   Denied.

ALICE EULE, PLAINTIFF-PETITIONER, v. EULE MOTOR SALES, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. William V. Breslin* for the petitioner.

*Messrs. Marley, Winkelried & Hillis, Messrs. Morrison, Lloyd & Griggs* and *Mr. Kevin M. O'Halloran* for the respondents.

October 3, 1960.   Granted.